CP:CC
F.#2004R00963

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

GEITHNERT THORP,
    also known as "Alex" and
    "Nestor Vasquez," and
ALBERTO BRENS,

                  Defendants.

- - - - - - - - - - - - - - - -X

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. <u>04-515 (S-3)(DGT)</u>
(T. 21, U.S.C., §§ 841(a)(1),
841(b)(1)(A)(ii)(II), 846,
952(a), 960(a)(1),
960(b)(1)(B)(ii) and 963;
T. 18, U.S.C., §§ 2 and
3551 <u>et seq</u>.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
APR 18 2005
*BROOKLYN OFFICE*

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Conspiracy to Distribute Cocaine)

    1.  In or about and between January 2003 and October 2003, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants GEITHNERT THORP, also known as "Alex" and "Nestor Vasquez," and ALBERTO BRENS, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved five kilograms or more of a substance containing cocaine, a Schedule

2

II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii)(II); Title 18, United States Code, Sections 3551 et seq.)

## COUNT TWO
(Cocaine Distribution)

2. On or about and between August 28, 2003 and October 2003, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants GEITHNERT THORP, also known as "Alex" and "Nestor Vasquez," and ALBERTO BRENS, together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II); Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT THREE
(Conspiracy to Import Cocaine)

3. In or about and between January 2003 and August 28, 2003, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants GEITHNERT THORP, also known as "Alex" and "Nestor Vasquez," and

3

ALBERTO BRENS, together with others, did knowingly and intentionally conspire to import a controlled substance into the United States from a place outside thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 952(a).

(Title 21, United States Code, Sections 963, 960(a)(1) and 960(b)(1)(B)(ii); Title 18, United States Code, Sections 3551 et seq.)

## COUNT FOUR
(Cocaine Importation)

4. On or about August 28, 2003, within the Eastern District of New York and elsewhere, the defendants GEITHNERT THORP, also known as "Alex" and "Nestor Vasquez," and ALBERTO BRENS, together with others, did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved five kilograms or more of

4

a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(B)(ii); Title 18, United States Code, Sections 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

ictbk.wpf
JNY 4/99

No. 2004R00963

# UNITED STATES DISTRICT COURT

EASTERN   *District of*   NEW YORK

Criminal   *Division*

## THE UNITED STATES OF AMERICA

vs.

GEITHNERT THORP, a/k/a "Alex" and
"Nestor Vasquez," and
ALBERTO BRENS,

Defendants.

## SUPERSEDING INDICTMENT

04 CR 515 (S-3) (DGT)

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(A)(ii)(II), 846, 952(a), 960(a)(1), 960(b)(1)(B)(ii) and 963; T. 18, U.S.C., §§ 2 and 3551 et seq.)

a true bill.

_____
Foreman

Filed in open court this _____ day,

of _____ A.D. _____

_____
Clerk

Bail, $ _____

Carrie N. Capwell, AUSA (718) 254-6426

# INFORMATION SHEET

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

USAO# 2004R00963

1. Title of Case: __United States v. GEITHNERT THORP, a/k/a "Alex" and "Nestor Vasquez" and ALBERTO BRENS__

2. Related Magistrate Docket Number(s) __04 M 0637; 04 M 0883__

   None ( )

3. Arrest Date: __(G. Thorp 4/7/05) and (A. Brens 5/21/04)__

4. Nature of offense(s):  X  Felony
                          ☐  Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):_____

6. Projected Length of Trial:   Less than 6 weeks   ( x )
                                More than 6 weeks   (   )

7. County in which crime was allegedly committed: __Kings__
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?            ( ) Yes  ( X ) No

9. Have arrest warrants been ordered?                  ( ) Yes  ( X ) No

10. Is a capital count included in the indictment?     ( ) Yes  ( X ) No

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: _Carrie Capwell_
Carrie N. Capwell
Assistant U.S. Attorney
(718) 254-6426

Rev. 10/01/03